

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 10, 2022**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| JACK E ISOM | § | CASE NO: 16-42103-ELM-13 |
| SHERRI A ISOM | § § | CHAPTER: 13 |
| DEBTORS | § | |

### ORDER ON DEBTORS' MOTION
### TO VACATE DISMISSAL ORDER AND REINSTATE BANKRUPTCY TO COURT'S ACTIVE DOCKET

CAME ON BEFORE THE COURT, Debtor's Motion to Vacate Dismissal Order and Reinstate Chapter 13 Bankruptcy to the Court's active docket. The Court takes into consideration the facts that Debtor's, being one payment from successfully funding their plan and having tendered said payment, there are no other remaining requirements in order to receive their discharge except for filing their Motion for Entry of Chapter 13 Discharge; and there is no opposition on the record from the Standing Chapter 13 Trustee; these facts and the Motion's merits the Court finds that good cause exists and the motion should be granted.

It is therefore:

ORDERED, ADJUDGED, DECREED, that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Order dismissing case 16-42103 be vacated,

IT IS FURTHER ORDERED that the chapter 13 bankruptcy, case 16-42103 be reinstated to the Court's active docket,

IT IS FURTHER ORDERED that the Debtor's within seven days from the date of this order must tender the entire amount remaining to fund their chapter 13 plan.

*** END OF ORDER***