PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                       CASE NO.: 16-42103-ELM-13

**JACK E ISOM**
    2117 BANCROFT CT
    ARLINGTON, TX 76017
    SSN/TIN: XXX-XX-8333

**SHERRI A ISOM**
    AKA: SHERRI ANN REED
    SHERRI ANN MOHUNDRO
    2117 BANCROFT CT
    ARLINGTON, TX 76017
    SSN/TIN: XXX-XX-4554

**DEBTORS**                                                                      **HEARING: APRIL 7, 2022 AT 8:30 AM**

## MOTION TO DISMISS FOR CAUSE AND NOTICE OF HEARING

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Motion to Dismiss for Cause under 11 U.S.C. Section 1307(c) and Fed. R. Bankr. P. 9014. Trustee would respectfully show the Court that this case should be dismissed for the following cause:

Base Balance:
    The final payment under the Plan is due, but the Debtors have not paid the Plan's base amount in full. The remaining base balance due is $648.00.

    WHEREFORE, Trustee prays that this Chapter 13 case be DISMISSED and for general relief.

                                                       Respectfully submitted,

                              By:     /s/ Ethan S. Cartwright
                                                     Ethan S. Cartwright, Staff Attorney
                                                     Bar No. 24068273
                                                     PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                     Bar No. 01344800
                                                     7001 Blvd 26, Ste 150
                                                     North Richland Hills, TX 76180
                                                     (817) 916-4710 Phone
                                                     (817) 916-4770 Fax

## NOTICE OF HEARING

    This matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, Tx 76102-3643 with a hearing following docket call. YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.

                              By:     /s/ Ethan S. Cartwright
                                                      Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                                                By: /s/ Ethan S. Cartwright
                                                      Ethan S. Cartwright

JACK E ISOM
SHERRI A ISOM
2117 Bancroft Ct
Arlington, TX 76017