**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 W Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 16-42103-ELM-13** |

**JACK E ISOM**
    2117 BANCROFT CT
    ARLINGTON, TX 76017
    SSN/TIN: XXX-XX-8333

**SHERRI A ISOM**
    SHERRI ANN REED
    SHERRI ANN MOHUNDRO
    2117 BANCROFT CT
    ARLINGTON, TX 76017
    SSN/TIN: XXX-XX-4554

**DEBTORS**

**TRUSTEE'S RESPONSE TO MOTION TO REINSTATE CASE**

NOW COMES Pam Bassel, Standing Chapter 13 Trustee and files this Trustee's Response to Motion to Reinstate Case filed by Debtors. Trustee would respectfully show the Court as follows:

1. Debtor must comply with the Plan, Code, Rules and General Order, and resolve the issues that required dismissal of the case prior to reinstatement.

WHEREFORE, Trustee prays that the Motion to Reinstate Case be DENIED and for general relief.

                                              Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

JACK E ISOM & SHERRI A ISOM
2117 BANCROFT CT
ARLINGTON, TX  76017