

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 12, 2022**

_____
**United States Bankruptcy Judge**
_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Jack E Isom § Case No.: 16–42103–elm13
Sherri A Isom § Chapter No.: 13
             Debtor(s) §

## ORDER DENYING MOTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on 6/21/2022, Debtors Jack and Sherri Isom filed a Motion to reopen and reinstate case ("Motion"), document number 90.

The Court also finds that more than forty–five (45) days have passed since the filing of this Motion and that:

☐  a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☑  no hearing has been requested.

☐  Proposed Order has not been submitted.

☐  the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐  the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐  the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☐ Other :

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #